NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROSPER INVESTMENTS, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br>v.<br><br>CARRINGTON MORTGAGE SERVICES LLC, a foreign limited liability company; DOES 1-100, inclusive, and ROES 1-100, inclusive,<br><br>                    Defendants. | Case No.: 2:17-cv-00672-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| CARRINGTON MORTGAGE SERVICES LLC,<br><br>                    Counter-claimant,<br>v.<br><br>PROSPER INVESTMENTS, LLC; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>                    Counter-defendant. | |

PLEASE TAKE NOTE that Prosper Investments, LLC and Carrington Mortgage Services, LLC, by and through their respective counsel of record, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

. . .

. . .

51856267;1

Each party to bear its own costs and fees. The parties further stipulate that any lis pendens recorded in connection with this action is expunged.

**IT IS SO STIPULATED.**

DATED this 5th day of February, 2020.

| AKERMAN LLP | MORRIS LAW CENTER |
|---|---|
| */s/ _Tenesa S. Powell_____* | */s/ _Sarah A. Morris_____* |
| NATALIE L. WINSLOW, ESQ. | SARAH A. MORRIS, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8461 |
| TENESA S. POWELL, ESQ. | TIMOTHY A. WISEMAN, ESQ. |
| Nevada Bar No. 12488 | Nevada Bar No. 13786 |
| 1635 Village Center Circle, Suite 200 | 5450 W. Sahara Avenue, Suite 330 |
| Las Vegas, NV 89134 | Las Vegas, NV 89146 |
| | |
| *Attorneys for Carrington Mortgage Services, LLC* | *Attorneys for Prosper Investments, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** 02/05/2020
_____

51856267;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572